# J.L. Russo, P.C.

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: JLRussoPC@Gmail.com

**PARALEGAL**
Maria Nunez, B.S.

**MEMO ENDORSED**

March 2, 2022

**Via ECF and Email**
Honorable Nelson S. Roman
District Judge
United States District Court
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Deft. Queens County Carting, Inc.'s request to adjourn the telephonic Show Cause Hearing from Mar. 11, 2022 until Mar. 17, 2022 at 10:00 am is GRANTED. The parties are directed to ECF No. 36 for dial-in instructions. Deft QCC's time to serve and file opposition papers is extended to Mar. 9, 2022. Clerk of Court is requested to terminate the motion (doc. 38).
> Dated: March 4, 2022
>
> **SO ORDERED:**
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: *Hartford Fire Insurance Company v. Queens County Carting Inc., et. al.*
Case: 20-CV-1844 (NSR)

Judge Roman:

This office represents Queens County Carting, Inc. ("QCC") in the above referenced case. **We write to respectfully request an adjournment of the telephonic show cause ordered by the Court for March 11, 2022 at 12:15p.m.**

 I apologize for the late notice, however, we respectfully request a re-scheduling of next week's telephonic show cause because I am having a scheduled surgery on March 9th, and am told I will be incapacitated at least through March 15th. I will be returning to light office work on March16th. Again, I am sorry for the late notice.

**Thus, it is respectfully request that the Court adjourn the telephonic OTSC for any date past March 16th, and the time for Defendant's opposition papers, if any, to be served on Plaintiff and filed with the Court until on or before March 9th.**

The Court's consideration of this request is respectfully and greatly appreciated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022

Yours truly,

*John Russo*

John L. Russo

Cc: Mark Ledwin, Esq.
 Attorney for Plaintiff