**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,

                    Plaintiff,

-against-                              20 **CIVIL** 1844 (NSR)

                                                 **JUDGMENT**

QUEENS COUNTY CARTING, INC. and QCC
MAINTENANCE, INC.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2022, judgment is entered in favor of Plaintiff and against Queens County Carting, Inc. in the amount of $209,889.00, and against QCC Maintenance, Inc. in the amount of $286,679.40; accordingly, the case is closed.

**Dated:**  New York, New York

       April 6, 2022

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                       **BY:**
                                                                    **Deputy Clerk**